MARCH 26, 1940

**No. 4840.—**————*Standard Fruit & S. S. Co.* v. *United States.* Entered at New Orleans, La. Reap. Dec. 4734. Motion by plaintiff.